## STATE of Louisiana

### v.

### William M. BRANCH

### NO. 2015-KO-1330

Supreme Court of Louisiana.

September 6, 2016

Defendant; Applying For Writ of Certiorari and/or Review, Parish of St. Tammany, 22nd Judicial District Court Div. B, No. 539204-2; to the Court of Appeal, First Circuit, No. 2014 KA 1638; September 6, 2016

IN RE: William M. Branch;—Defendant;

Denied.

## STATE of Louisiana

### v.

### Wesley James MONROE

### NO. 2015-KO-1331

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of Lafayette, 15th Judicial District Court Div. K, No. CR 133158; to the Court of Appeal, Third Circuit, No. 15-141;

IN RE: Wesley James Monroe;

Denied.

### Kenneth W. WEBB, Rosey Carter Farris, Gerald Ray Dowden and Vellen Rose Roy Dowden

### v.

### STATE OF LOUISIANA DEPARTMENT OF NATURAL RESOURCES and Attorney General of the State of Louisiana, et al.

### NO. 2016-00891

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of Desoto, 42nd Judicial District Court Div. A, No. 72615-A; to the Court of Appeal, Second Circuit, No. 50,-492-CA; September 6, 2016

IN RE: Gerald Ray Dowden; Kenneth W. Webb; Rosey Carter Farris; Vellen Rose Roy Dowden;—Plaintiff(s);

Denied.